IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

GARY LAMONT ABRAHAM,      )
                                  )
            Plaintiff,     )         8:11CV302
                                  )
          v.               )
                                  )
DOUGLAS COUNTY, NEBRASKA,    )     MEMORANDUM AND ORDER
                                  )
            Defendant.     )
_____)

      This matter is before the Court on various motions and
objections filed by the parties.  Plaintiff has filed two
requests for a protection order, arguing that defendant has not
provided him with notice of depositions, has "maliciously
malingered" this action, has forced him to engage in settlement
negotiations, and has not dealt with him fairly due to his *pro se*
status (Filing Nos. 37 and 47).  In response, defendant has filed
several objections and three affidavits of its counsel, Kristin
M. Lynch (Filing Nos. 40-1, 42-1, and 46-1).  Ms. Lynch states in
her affidavits that she has not conducted any depositions or
issued any subpoenas in this matter and that she will comply with
the applicable rules if she does so, that she has not engaged in,
or required plaintiff to engage in, formal settlement
negotiations, and that she has cooperated fully with plaintiff
and has not taken advantage of plaintiff's *pro se* status (Filing
Nos. 40-1, 42-1, and 46-1).

The Court has carefully reviewed the record in this matter.  While plaintiff may be dissatisfied with defendant's refusal to settle this matter in accordance with his demands, it does not appear that defendant, or its counsel, has taken any inappropriate action.  Thus, no protection order or other relief is warranted at this time.  The parties are cautioned that they must comply with the Federal Rules of Civil Procedure, this Court's Local Rules, and the Court's previous orders in this matter, including the Progression Order.

IT IS ORDERED:

1.  Plaintiff's Motion for Protection Order/Court Intervention (Filing No. 37) and Objection (Filing No. 47) are denied.

2.  Defendant's Objection to Motion for Protection Order (Filing No. 39), Objection to Objection (Filing No. 41), Objection to Brief (Filing No. 45), and Objection (Filing No. 48) are granted.

3.  Defendant has filed its Motion for Summary Judgment (Filing No. 49).  Plaintiff is reminded that he has 21 days from the date of filing to respond to the Motion for Summary Judgment.

4.    The Final Pretrial Conference remains scheduled

for **March 14, 2013, at 11:00 a.m.**

DATED this 27th day of November, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____

LYLE E. STROM, Senior Judge
United States District Court

---

*This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.