IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| GARY LAMONT ABRAHAM, ) | |
| ) | |
| Plaintiff, ) | 8:11CV302 |
| ) | |
| v. ) | |
| ) | |
| DOUGLAS COUNTY SHERIFF DEPT, ) | MEMORANDUM AND ORDER |
| et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on plaintiff's "Statement of Objections to Magistrate Judge's Order." (Filing No. 38.) Plaintiff asks the Court to compel defendant to enter into settlement negotiations with him. In response, defendant argues that plaintiff's "Statement of Objections" is frivolous, baseless, and fails to state a basis for the specific relief requested (Filing No. 41). The Court agrees.

IT IS ORDERED that plaintiff's "Statement of Objections to Magistrate Judge's Order" (Filing No. 38) is overruled.

DATED this 27th day of December, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

---

\* This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.